Page: 4 of 5    Case 1:22-cv-04724-AKH    Document 33    Filed 06/29/22    Page 1 of 2    2022-06-28 21:07:40 GMT    Kelley Drye & Warren LLP    From: Rosario, Veni

Case 1:22-cv-04724-AKH   Document 31-1   Filed 06/28/22   Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AVON COMPANY f/k/a NEW AVON LLC and LG H&H CO., LTD. f/k/a LG HOUSEHOLD & HEALTH CARE, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>FAREVA MORTON GROVE, INC. and FAREVA S.A.,<br><br>Defendants. | Civil Action No.<br><br>[PROPOSED] SETTLED ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |

Upon consideration of Plaintiffs' Notice of Motion and Motion for Injunctive Relief ("Motion"), the memorandum in support of the Motion, and opposition papers submitted thereto as well as the relevant pleadings on file, and this Court having heard arguments of Counsel, for the reasons set forth by the Court on June 16, 2022 following oral argument and as further memorialized in the Court's written Opinion and Order Granting Plaintiffs' Motion for Preliminary Injunction dated June 21, 2022 it is ORDERED, ADJUDGED and DECREED that Plaintiffs' motion for a preliminary injunction shall be and hereby is GRANTED as follows:

1. Defendants, Fareva Morton Grove, Inc. and Fareva S.A. (collectively, "Defendants" or "Fareva"), its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them who have actual notice of this preliminary injunction by personal service or otherwise are hereby ENJOINED and ORDERED to provide Transition Support to Plaintiffs through and including October 31, 2022. Such Transition Support Services shall include the manufacturing and

supplying of Products (as defined in the Manufacturing and Supply Agreement dated December 1, 2018 between the parties ("the MSA"))[1] to Plaintiffs as Plaintiffs direct and in compliance with the specifications set forth in the MSA.

2. The provisions and obligations under the MSA remain in effect during the Transition Period.

3. Plaintiffs shall post a bond in the amount of Ten Thousand Dollars ($10,000) by June 28, 2022.

Dated: June 29, 2022

_____
UNITED STATES DISTRICT JUDGE

---

[1] All defined terms herein shall be ascribed the same meaning as in the MSA.

2

12751 9885v1
4879-8412-8294v.1