

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

January 31, 2023

**VIA ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.*, **Case No. 22-cv-4724**

Dear Judge Hellerstein:

We write on behalf of all parties to request that the Court extend the deadline set forth in the Court's January 23, 2023 Order (ECF No. 100) to file a "2E" joint letter regarding certain outstanding discovery issues from January 31, 2023 at 3:00 p.m. to February 7, 2023 at 3:00 p.m. Although the parties have attempted to meet and confer regarding a number of outstanding discovery matters, several disputes still remain unresolved. The parties will endeavor to reach agreement on these issues, and hope that an additional week will allow them to do so.

Respectfully submitted,

*/s/ Robert I. Steiner*
Robert I. Steiner

cc: All Counsel of Record (via ECF)