

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

February 7, 2023

**VIA ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*So ordered*
*2-7-23*
*A.K. Hellerstein*

Re:   *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.*, Case No. 22-cv-4724

Dear Judge Hellerstein:

On January 18, 2023, Avon wrote to the Court seeking intervention concerning various discovery matters. (ECF No. 97.)  After additional letter writing by both parties (ECF Nos. 98-99), the Court issued an Order on January 23, 2023, deferring decision on Avon's demands to give counsel an opportunity to come to an agreed solution, and directing the parties to file a "2E" joint letter regarding any outstanding issues by January 31, 2023 at 3:00 p.m.  (ECF No. 100.)  On February 1, 2023, the Court granted the parties' joint request for an extension of that deadline to February 7, 2023 at 3:00 pm.  (ECF No. 104.)  Although the parties have continued to meet and confer regarding those issues, certain disputes remain unresolved.  We therefore write on behalf of both parties to jointly request an additional one-week extension, until February 14, 2023 at 3:00 p.m., to file a "2E" letter on the issues before the Court.

Respectfully submitted,

*/s/ Robert I. Steiner*
Robert I. Steiner

cc: All Counsel of Record (via ECF)