

Robert I. Steiner

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

February 22, 2023

**VIA ECF & FAX**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The conference is adjourned to Friday, March 10, at 10:00 a.m. in Courtroom 14D.

<u>/s/ Alvin Hellerstein</u>
February 23, 2023

Re: *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.*, Case No. 22-cv-4724

Dear Judge Hellerstein:

Pursuant to Rule 1(D) of Your Honor's Individual Practice Rules, we write on behalf of Avon, and with the consent of Fareva's counsel, to request an adjournment of the discovery conference scheduled for February 28, 2023 at 2:15 p.m. (ECF No. 113.) Avon seeks this adjournment because both of its lead counsel are travelling internationally on that date. Both parties' counsel are available at the following alternative dates and times:

- Wednesday, March 8, 2023 before 12 p.m. or after 2:30 p.m.
- Friday, March 10, 2023 at any time

This is Avon's first request for an adjournment of this conference.

We appreciate the Court's consideration of this request.

Respectfully submitted,

<u>/s/ Robert I. Steiner</u>
Robert I. Steiner

cc: All Counsel of Record (via ECF)