UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                                         :
THE AVON COMPANY f/k/a NEW AVON                          :
LLC and LG H&H COMPANY, LTD.,                            :          **ORDER**
                                                         :
                                    Plaintiffs,  :          22 Civ. 4724 (AKH)
                  -against-                               :
                                                         :
FAREVA MORTON GROVE, INC. and                            :
FAREVA S.A.,                                             :
                                                         :
                                    Defendants.  :
-------------------------------------------------------- X

        ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference preciously scheduled for March 10, 2023 (ECF N0 116) is hereby

rescheduled to take place on March 9, 2023 at 2:30 p.m., in Courtroom 14D.

        SO ORDERED.

Dated:        March 6, 2023                         _____/s/ Alvin K. Hellerstein_____
              New York, New York                    ALVIN K. HELLERSTEIN
                                                    United States District Judge

1