UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
                                                        :
THE AVON COMPANY f/k/a NEW AVON                         :
LLC and LG H&H COMPANY, LTD.,                           :    ORDER
                                                        :
                               Plaintiffs,              :    22 Civ. 4724 (AKH)
          -against-                                     :
                                                        :
FAREVA MORTON GROVE, INC. and                           :
FAREVA S.A.,                                            :
                                                        :
                               Defendants.              :
------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

In response to the joint letter of June 21, 2023 submitted by the parties pursuant to Rule 2E of my Individual Rules of Practice (ECF No. 131), the Court rules as follows:

1. Avon's assertions of privilege are sustained insofar as they concern the meaning of the MSA's terms. Meaning is to be obtained from the MSA itself or from statements of the opposing party.

2. Avon shall re-produce Mr. Kang and Mr. Lee to continue their depositions. The Court places no limit on time but warns the parties that excessive questioning may lead to sanctions.

3. Avon has retained PwC as a consulting expert within the meaning of Fed. R. Civ. P. 26(b)(4)(D). As such, documents and communications between counsel and PwC or between LG H&H and PwC at counsel's direction are not discoverable.

SO ORDERED.

Dated:  June 29, 2023                _____/s/ Alvin K. Hellerstein_____
        New York, New York           ALVIN K. HELLERSTEIN
                                     United States District Judge

1