UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE AVON COMPANY et al.          :
                                 :
                    Plaintiffs   :
                                 :     **ORDER**
        -against-                :
                                 :     22 Civ. 4724 (AKH)
                                 :
FAREVA MORTON GROVE, INC. et al., :
                                 :
                    Defendants.  :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Argument of the pending discovery disputes, and a status conference will be held August 23, 2023, at 10:00 a.m., in Courtroom 14D. The Court will set a date to hear oral argument on Avon's pending motion for partial summary judgment to strike Fareva's force majeure defense (ECF No. 134) and any other pending motions. By noon, August 22, 2023, the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear, along with their contact information.

        Trial of all outstanding issues, including Avon's contempt motion, will be held on October 11, 2023, at 10:00 a.m. A final pretrial conference will be held on October 4, 2023, at 10:00 a.m.

        SO ORDERED.

Dated:   August 15, 2023              /s/ Alvin Hellerstein
             New York, New York       ALVIN K. HELLERSTEIN
                                        United States District Judge