UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE AVON COMPANY et al.            :
                                   :
              Plaintiffs           :
                                   :    **ORDER**
     -against-                     :
                                   :    22 Civ. 4724 (AKH)
                                   :
FAREVA MORTON GROVE, INC. et al.,  :
                                   :
              Defendants.          :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        All pending disputes, including the pending motion for partial summary judgment, will be heard and determined at the upcoming status conference on September 11, 2023.

        SO ORDERED.

Dated:  August 28, 2023              ____/s/ Alvin Hellerstein____
        New York, New York           ALVIN K. HELLERSTEIN
                                     United States District Judge

1