UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE AVON COMPANY et al.                      :
                                             :
                    Plaintiffs               :
                                             :     **ORDER**
           -against-                         :
                                             :     22 Civ. 4724 (AKH)
                                             :
FAREVA MORTON GROVE, INC. et al.,            :
                                             :
                    Defendants.              :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference scheduled for October 4, 2023 is hereby adjourned indefinitely to a date to be determined upon the completion of the supplemental briefing ordered at the September 11, 2023 status conference.

       SO ORDERED.

Dated:   September 12, 2023                  /s/ Alvin Hellerstein
         New York, New York                  ALVIN K. HELLERSTEIN
                                             United States District Judge

1