UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THE AVON COMPANY f/k/a NEW AVON LLC :
and LG H&H CO., LTD f/k/a LG HOUSEHOLD & :
HEALTHCARE, LTD.,                       :     **ORDER REGULATING**
                                        :     **PROCEEDINGS**
                                        :
                      Plaintiffs,       :     22 Civ. 04724 (AKH)
                                        :
     -against-                          :
                                        :
                                        :
                                        :
FAREVA MORTON GROVE, INC. and FAREVA    :
S.A.,                                   :
                                        
                      Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Defendants moved to compel production of certain schedules of damages calculations in a particular format.  Briefing on this motion revealed the parties' different methods of calculating damages pursuant to Schedule D, shown by the difference between records produced for 2021 and for the years of 2020, 2022, and 2023.  I ruled that the Plaintiffs could produce these schedules in any format they choose, with the restriction that the chosen format must be sufficient and transparent in every respect so that it can be understood by the Defendants and by the Court.  These uniform records must be produced by November 2, 2023.  The Plaintiffs must also produce an accompanying witness who has a full understanding of the records and their format for the Defendants to examine by December 16, 2023.

      Accordingly, the briefing schedule for the issue of the reasonableness of liquidated damages is changed as follows: Defendants' brief is due October 30, 2023; Plaintiffs' brief is due November 17, 2023; Defendants' reply is due November 30, 2023.  No adjournments will be given for these dates.

SO ORDERED.

Dated: October 12, 2023 _____/s/ Alvin K. Hellerstein_____
       New York, New York        ALVIN K. HELLERSTEIN
                                               United States District Judge