UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
THE AVON COMPANY f/k/a NEW AVON LLC          :
and LG H&H CO., LTD f/k/a LG HOUSEHOLD &     :     ORDER
HEALTHCARE, LTD.,                            :
                                             :     22 Civ. 4724 (AKH)
                         Plaintiffs,         :
                                             :
      -against-                              :
                                             :
                                             :
                                             :
                                             :
FAREVA MORTON GROVE, INC. and FAREVA         :
S.A.,                                        :
                                             :
                         Defendants.
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference previously set for February 15, 2024 is rescheduled to February 7, 2024 at 10:00 a.m.

      SO ORDERED.

Dated:    January 5, 2024          __/s/ Alvin K. Hellerstein_____
          New York, New York       ALVIN K. HELLERSTEIN
                                      United States District Judge