**Kelley Drye**

*THE CLERK SHALL FILE ECF NOS. 244-2 & 244-3 UNDER SEAL, VIEWABLE ONLY BY THE PARTIES' COUNSEL & CHAMBERS PERSONNEL.*

*So ordered*
*1/22/24*
*/s/ Alvin K. Hellerstein*

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

January 19, 2024

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.*, Case No. 22-cv-4724

Dear Judge Hellerstein:

We represent Plaintiffs The Avon Company f/k/a New Avon LLC and LG H&H Co., Ltd. f/k/a LG Household & Health Care, Ltd (collectively, "Avon") in the above-referenced matter. We write to respectfully request that the Court enter an Order to maintain under seal two documents produced during discovery in this action, which Defendants submitted as exhibits in a recent filing. Those documents are Bates stamped AVON0013859-66 and AVON0054483–85 (ECF Nos. 244-2, 244-3), and have been designated as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). (ECF No 65.)

Defendants filed these documents under seal but asserted they took no position on whether these documents should be maintained under seal. (ECF No. 236.) On January 12, 2024, the Court denied Defendants' motion to seal these documents produced by Avon, "subject to motion by Avon." (ECF No. 281.)

Here, the Protective Order provides, in relevant part, that information may be designated as "Confidential" if it includes certain categories of information, including, but not limited to, "previously non-disclosed financial information" "or "previously non-disclosed business plans, product development information, marketing plans, or other competitively sensitive information." (ECF No. 65 at ¶ 2.) This information may not be disclosed except as expressly permitted under the Protective Order.

Avon respectfully requests the Court maintain the above documents under seal because they disclose non-public and competitively sensitive information concerning, among other things, Avon's products, including pricing and business planning information. This information, if publicly disclosed, could have a significant adverse impact on Avon's business and impact Avon's relationship with other prospective contract manufacturers and provide competitors with confidential information about Avon's business, including its contract pricing and/or business planning information, inventory, sales and supply information. As such, Avon designated these documents as Confidential, and Avon respectfully requests

Hon. Alvin K. Hellerstein
January 19, 2024

that the Court maintain the documents under seal.

                                                   Respectfully submitted,

                                                   */s/ Robert I. Steiner*
                                                   Robert I. Steiner

cc: All Counsel of Record (via ECF)