UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THE AVON COMPANY f/k/a NEW AVON LLC :
and LG H&H CO., LTD f/k/a LG HOUSEHOLD & : **ORDER**
HEALTHCARE, LTD., :
: 22 Civ. 4724 (AKH)
                              Plaintiffs, :
:
   -against- :
:
:
:
FAREVA MORTON GROVE, INC. and FAREVA :
S.A., :
:
                            Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties, through their most senior counsel, shall meet at 10:30 a.m. January 29, 2024 in the jury room of Courtroom 14D to confer about and resolve, to the extent possible, all discovery disputes raised in the letters and motion to compel of ECF Nos. 285, 286, 291 and 292. Any remaining disputes will be resolved by the Court immediately following that discussion at 11:15 a.m. in Courtroom 14D.

      Counsel are again cautioned that letter applications not consistent with rules 1D and 4E of my individual rules will not be read.

      SO ORDERED.

Dated:    January 23, 2024                     /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                                 United States District Judge