UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
THE AVON COMPANY f/k/a NEW AVON LLC :
and LG H&H CO., LTD f/k/a LG HOUSEHOLD & : **ORDER**
HEALTHCARE, LTD., :
: 22 Civ. 4724 (AKH)
                      Plaintiffs, :
:
-against- :
:
:
FAREVA MORTON GROVE, INC. and FAREVA :
S.A., 
:
                      Defendants.
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The parties met for a status conference before the Court today, at which the following was decided:

- Thomas Klein will be deposed either on February 20 or 21, 2024. Christophe Petras will be deposed by March 22, 2024.

- Fareva will produce its privilege log by February 9, 2024, and Avon will amend its privilege log by the same date.

- Avon shall produce Dong-Seok Kang and Sean Lee to be deposed by Fareva. These depositions must be taken by March 29, 2024.

- Avon must take Jean-Paul David's and Olivier Allou's depositions by March 29, 2024, pursuant to the Hague Convention at an American embassy or consulate.

- The parties shall inform each other of all witnesses they plan to present at trial by February 15, 2024, so that each side has ample time to depose them before the discovery deadline of March 29, 2024.

- Fareva may take the deposition of Jaewook Lim in the place of Sujin Kim, who is no longer available to be deposed. This deposition must also be completed by March 29, 2024. Accordingly, Fareva's motion to compel (ECF No. 292) is denied as academic in light of this discovery order. The Clerk of Court shall terminate ECF No. 284.

- The status conference set for February 7, 2024, is adjourned until a future date when the pending motions have been decided.

SO ORDERED.

Dated:   January 29, 2024
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge