# KING & SPALDING

> The motion is granted. The Clerk of Court shall maintain the seal of ECF No. 276 and 279 to be viewable only by the parties and Court personnel. The Clerk shall terminate ECF No. 272.
> SO ORDERED.
> Dated: 5/14/24     /s/ Alvin K. Hellerstein
> New York, New York    Alvin K. Hellerstein
>                       United States District Judge

King & Spalding LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Direct Dial: +1 212 827 4019
rmastro@kslaw.com

January 11, 2024

**Via ECF**

Hon. Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *The Avon Company f/k/a New Avon LLC, et al. v. Fareva Morton Grove, Inc., et al.*, No. 1:22-cv-04724-AKH

Dear Judge Hellerstein:

    I write as counsel to Fareva Morton Grove, Inc. and Fareva S.A. (collectively, "Fareva") in the above-captioned action to respectfully request that the Court enter an order maintaining under seal the documents listed below, which Fareva is submitting as exhibits in support of Fareva's Brief Regarding Termination (the "Brief"). Copies of these documents and Fareva's Brief are being filed contemporaneously under seal pursuant to the Court's standing order, 19-mc-00583, and Your Honor's Individual Rule 4(B). In support of this request, Fareva states as follows:

    On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). *See* ECF No. 65. The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorneys' Eyes Only." *See id.* ¶¶ 2, 12. In support of its Brief, Fareva is submitting as exhibits copies of the following documents, which Avon produced in this action with the designation of "Confidential" pursuant to the Protective Order (collectively, the "Avon Confidential Documents"):

    1.    An e-mail bearing bates number AVON0068867 (Ex. A).

    2.    An e-mail bearing bates numbers AVON0053990–AVON0053993 (Ex. C).

    By making this sealing request with respect to the Avon Confidential Documents, Fareva does not contend that good cause exists to designate any of the foregoing materials as Confidential within the meaning of the Protective Order, or to maintain these documents under seal on the public docket. Fareva merely seeks to comply with its obligations under the Protective Order with respect to documents Avon has designated as Confidential and to afford Avon the opportunity to seek to maintain these documents under seal. Accordingly, Fareva

respectfully requests that the Court initially maintain such documents under seal, subject to the Court's review of Avon's position on whether these documents should be maintained under seal. In addition to submitting the Avon Confidential Documents as exhibits in support of its Brief, Fareva also quotes and/or describes information derived from the Avon Confidential Documents in the Brief.  Fareva has redacted portions of its Brief accordingly and, for the same reasons, also respectfully requests that the Court initially maintain under seal the redacted portions of Fareva's Brief.  As needed, Fareva is prepared to re-file the Avon Confidential Documents or its Brief, or portions thereof, publicly.

Respectfully submitted,

*/s/ Randy M. Mastro*
Randy M. Mastro

cc:     All counsel of record (via ECF)