UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

THE AVON COMPANY f/k/a NEW AVON LLC :
and LG H&H CO., LTD f/k/a LG HOUSEHOLD & :   **<u>ORDER</u>**
HEALTHCARE, LTD., :

                       :   22 Civ. 4724 (AKH)

                Plaintiffs, :

      -against- :

                       :

                       :

FAREVA MORTON GROVE, INC. and FAREVA :
S.A.,

               Defendants.

----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The motion for contempt and sanctions is denied as moot.  The Clerk of court shall

terminate ECF No. 175.

.

        SO ORDERED.

Dated:       July 22, 2024                  ___//s//_____
             New York, New York          ALVIN K. HELLERSTEIN
                                        United States District Judge