

Robert I. Steiner

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

February 13, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**So ordered. An unredacted document shall be filed under seal and a courtesy copy thereof submitted to chambers. The Clerk shall terminate ECF No. 422.**

<u>**/s/ Alvin K. Hellerstein, U.S.D.J.**</u>
**2/14/2025**

  Re: *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.*, Case No. 22-cv-4724

Dear Judge Hellerstein:

  We represent Plaintiffs The Avon Company f/k/a New Avon LLC and LG H&H Co., Ltd. f/k/a LG Household & Health Care, Ltd. (collectively, "Avon") in the above-referenced matter.  We write to respectfully request that the Court enter an Order to maintain under seal the document discussed below, copies of which are being contemporaneously filed under seal pursuant to the Court's standing order, 19-mc-00583, and this Court's Individual Rule 4(B)(ii).  In support of this Letter Motion, Avon states as follows:

  On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order").  (ECF No. 65.)  The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorney's Eyes Only," and provides that information so designated may not be disclosed except as expressly permitted under the Protective Order.  (ECF No. 65 at ¶¶ 2, 12.)

  In addition, pursuant to Section 11.1 of the parties' Manufacturing and Supply Agreement (the "MSA"), the parties agreed to "keep completely confidential and not publish or otherwise disclose and not use, directly or indirectly, for any purpose, any Confidential Information furnished or otherwise made known to it, directly or indirectly, by or on behalf of the other Party[.]"  (ECF No. 7-1 at § 11.1.)  The MSA defines "Confidential Information" as "any information provided by or on behalf of one Party . . . relating to the terms of this Agreement[.]"  (ECF No. 7-1 at Definitions.)

  On February 13, 2025, Avon intends to file a Motion for Partial Summary Judgment ("Motion"). In support of its Motion, Avon intends to submit the following documents as exhibits to the Declaration

Hon. Alvin K. Hellerstein
February 13, 2025

of Robert I. Steiner, dated February 13, 2025 ("Steiner Decl."), which either Avon or Fareva designated as "Confidential" or "Attorneys' Eyes Only":

| Document Type | Produced By | Bates Number | Designated As | Filed As |
|---|---|---|---|---|
| E-mail | Fareva | FMG_00165958 – FMG_00165963 | Confidential | Steiner Decl. Ex. 6 |
| Expert Report | Avon | -- | Confidential | Steiner Decl. Ex. 7 |
| Expert Report | Avon | -- | Confidential | Steiner Decl. Ex. 8 |
| Expert Report | Fareva | -- | Confidential | Steiner Decl. Ex. 9 |
| E-mail | Fareva | FMG_00211962 – FMG_00211963 | Confidential | Steiner Decl. Ex. 10 |
| E-mail | Fareva | FMG_00800410 – FMG_00800413 | Attorneys' Eyes Only | Steiner Decl. Ex. 12 |
| Invoice | Avon | AVON0070000 | Confidential | Steiner Decl. Ex. 13 |
| Invoice | Avon | AVON0070004 | Confidential | Steiner Decl. Ex. 14 |
| Letter | Avon | AVON0086795 – AVON0086797 | Confidential | Steiner Decl. Ex. 15 |
| Expert Report | Avon | -- | Confidential | Steiner Decl. Ex. 16 |
| Expert Report | Avon | -- | Confidential | Steiner Decl. Ex. 17 |
| E-mail | Fareva | FMG_00214787 – FMG_00214789 | Confidential | Steiner Decl. Ex. 19 |

In addition to submitting the foregoing documents as exhibits, Avon intends to reference, quote, and rely upon such documents in (i) the Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Summary Judgment, dated February 13, 2025; and (ii) the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, dated February 13, 2025.

Avon contends that good cause exists to maintain under seal the documents it has produced as "Confidential" or "Attorneys' Eyes Only," and any references thereto in its Motion papers, because (i) Section 11.1 of the MSA requires Avon to maintain the confidentiality of such documents, and/or (ii) the documents contain sensitive information related to Avon's financial decisions and the operations of Avon's business.

Hon. Alvin K. Hellerstein
February 13, 2025

As to documents produced by Fareva, Avon is not contending that good cause exists to designate any of the foregoing materials as Confidential or Attorneys' Eyes Only. Instead, Avon merely seeks to comply with its obligations under the Protective Order to file under seal documents that Fareva has designated as such. With Fareva's permission, Avon is prepared to re-file the foregoing documents or portions thereof publicly.

Finally, Avon respectfully requests that the Court maintain under seal any portions of its Motion papers that reference or quote exhibits that were previously filed under seal based on either party's designation of those materials as Confidential or Attorneys' Eyes Only. Those exhibits include the following:

| Document Type | Produced By | Bates Number | Designated As | ECF# |
|---|---|---|---|---|
| Letter | Avon | AVON0005387 – AVON0005410 | Confidential | ECF 223-10 |
| Contract | Fareva | FMG_00359576 – FMG_00359785 | Confidential | ECF 224-1 |
| E-mail | Fareva | FMG_00244671 – FMG_00244674 | Confidential | ECF 302-2 |
| E-mail | Fareva | FMG_00006801 – FMG_00006802 | Confidential | ECF 224-2 |
| E-mail | Fareva | FMG_00359385 – FMG_00359390 | Confidential | ECF 275-1 |
| Letter | Fareva | FMG_00007048 – FMG_00007049 | Confidential | ECF 136-2 |
| Letter | Fareva | FMG_00007036 – FMG_00007037 | Confidential | ECF 136-3 |
| E-mail | Fareva | FMG_00146209 – FMG_00146211 | Confidential | ECF 171-2 |
| E-mail | Fareva | FMG_00172771 – FMG_00172778 | Confidential | ECF 160-6 |
| E-mail | Avon | AVON0013401 – AVON0013402 | Confidential | ECF 241-3 |
| Letter | Avon | AVON0077775 | Confidential | ECF 201-3 |
| Letter | Avon | AVON0085897 – AVON0085909 | Confidential | ECF 302-3 |
| E-mail | Avon | AVON0005385– AVON0005410 | Confidential | ECF 241-1 |

Hon. Alvin K. Hellerstein
February 13, 2025

Thank you in advance for your consideration of this request.

                                            Respectfully submitted,

                                            */s/ Robert I. Steiner*
                                            Robert I. Steiner

cc: All Counsel of Record (via ECF)