

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-7965
Fax:  (212) 808-7897
rsteiner@kelleydrye.com

February 28, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**So ordered.  The Clerk shall terminate ECF No. 441.**
**/s/ Alvin K. Hellerstein, U.S.D.J.**
**3/3/2025**

  Re: The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al., Case No. 22-cv-4724

Dear Judge Hellerstein:

  We represent Plaintiffs The Avon Company f/k/a New Avon LLC and LG H&H Co., Ltd. f/k/a LG Household & Health Care, Ltd. (collectively, "Avon") in the above-referenced matter.  We write to respectfully request that the Court enter an Order to maintain under seal the document discussed below, copies of which are being contemporaneously filed under seal pursuant to the Court's standing order, 19-mc-00583, and this Court's Individual Rule 4(B)(ii).  In support of this Letter Motion, Avon states as follows:

  On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order").  (ECF No. 65.)  The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorney's Eyes Only," and provides that information so designated may not be disclosed except as expressly permitted under the Protective Order.  (ECF No. 65 at ¶¶ 2, 12.)

  In addition, pursuant to Section 11.1 of the parties' Manufacturing and Supply Agreement (the "MSA"), the parties agreed to "keep completely confidential and not publish or otherwise disclose and not use, directly or indirectly, for any purpose, any Confidential Information furnished or otherwise made known to it, directly or indirectly, by or on behalf of the other Party[.]"  (ECF No. 7-1 at § 11.1.)  The MSA defines "Confidential Information" as "any information provided by or on behalf of one Party . . . relating to the terms of this Agreement[.]"  (ECF No. 7-1 at Definitions.)

  On February 28, 2025, Avon intends to file its Opposition to Fareva's Motion for Summary Judgment ("Opposition").  In support of its Opposition, Avon intends to submit the following documents as exhibits to the Declaration of Robert I. Steiner, dated February 28, 2025 ("Steiner Decl.") which either

Hon. Alvin K. Hellerstein
February 28, 2025

Avon, Fareva, or Alvarez & Marsal (who served as a consultant for Fareva) designated as "Confidential" or "Attorneys' Eyes Only":

| Document Type | Produced By | Bates Number | Designated As | Filed As |
|---|---|---|---|---|
| E-mail | Avon | AVON0002384 – AVON0002388 | Confidential | Steiner Decl. Ex. 23 |
| Email | Avon | AVON0010160 – AVON0010163 | Confidential | Steiner Decl. Ex. 24 |
| E-mail | Avon | AVON0020801 – AVON0020810 | Confidential | Steiner Decl. Ex. 25 |
| E-mail | Avon | AVON0020939 – AVON0020945 | Confidential | Steiner Decl. Ex. 26 |
| E-mail | Avon | AVON0029008 – AVON0029015 | Confidential | Steiner Decl. Ex. 27 |
| E-mail | Avon | AVON0053824 – AVON0053825 | Confidential | Steiner Decl. Ex. 28 |
| E-mail | Avon | AVON0053901 – AVON0053906 | Confidential | Steiner Decl. Ex. 29 |
| E-mail | Avon | AVON0055970 – AVON0055971 | Confidential | Steiner Decl. Ex. 30 |
| E-mail | Fareva | FMG_00468113 – FMG_00468119 | Confidential | Steiner Decl. Ex. 32 |
| E-mail | Fareva | FMG_00085562 – FMG_00085565 | Confidential | Steiner Decl. Ex. 33 |
| E-mail | Fareva | FMG_00165620 – FMG_00165621 | Confidential | Steiner Decl. Ex. 34 |
| E-mail | Fareva | FMG_00167722 – FMG_00167725 | Confidential | Steiner Decl. Ex. 35 |
| E-mail | Fareva | FMG_00179007 | Confidential | Steiner Decl. Ex. 36 |
| E-mail | Fareva | FMG_00320621 – FMG_00320622 | Confidential | Steiner Decl. Ex. 37 |
| E-mail | Fareva | FMG_00329049 – FMG_00329050 | Confidential | Steiner Decl. Ex. 38 |
| Expert Report | Avon | | Confidential | Steiner Decl. Ex. 44 |
| E-mail | Avon | AVON0089587 – AVON0089590 | Confidential | Steiner Decl. Ex. 45 |
| Excel | Alvarez & Marsal | AM_AVFA_0005241 – AM_AVFA_0005246 | Confidential | Steiner Decl. Ex. 46 |

Hon. Alvin K. Hellerstein
February 28, 2025

| Document Type | Produced By | Bates Number | Designated As | Filed As |
|---|---|---|---|---|
| E-mail | Fareva | FMG_00220315 – FMG_00220317 | Confidential | Steiner Decl. Ex. 47 |

Avon contends that good cause exists to maintain under seal the documents it has produced as "Confidential" or "Attorneys' Eyes Only," and any references thereto in its Motion papers, because (i) Section 11.1 of the MSA requires Avon to maintain the confidentiality of such documents, and/or (ii) the documents contain sensitive information related to Avon's financial decisions and the operations of Avon's business.

As to documents produced by Fareva or Alvarez & Marsal, Avon is not contending that good cause exists to designate any of the foregoing materials as Confidential or Attorneys' Eyes Only. Instead, Avon merely seeks to comply with its obligations under the Protective Order to file under seal documents that Fareva or Alvarez & Marsal has designated as such. With Fareva's permission, Avon is prepared to re-file the foregoing documents or portions thereof publicly.

Avon further respectfully requests that the Court maintain under seal any portions of its Motion papers that reference or quote exhibits that were previously filed under seal based on either party's designation of those materials as Confidential or Attorney's Eyes Only. Those exhibits include the following:

| Document Type | Produced By | Bates Number | Designated As | ECF# |
|---|---|---|---|---|
| E-mail | Fareva | FMG_00359385 – FMG_00359390 | Confidential | ECF 275-1 |
| Expert Report | Avon | -- | Confidential | ECF 430-16 |
| E-mail | Avon | AVON0088219 – AVON0088220 | Confidential | ECF 438-19 |

Finally, Avon respectfully requests that the Court maintain under seal all documents previously filed under seal that are relied on or referred to in the portions of its Opposition filed under seal.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*/s/ Robert I. Steiner*
Robert I. Steiner

cc: All Counsel of Record (via ECF)