# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Randy M. Mastro
Direct Dial: +1 212 827 4019
rmastro@kslaw.com

**So ordered.  The Clerk shall terminate ECF No. 448.**
**/s/ Alvin K. Hellerstein, U.S.D.J.**
**3/3/2025**

February 28, 2025

**Via ECF**

Hon. Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *The Avon Company f/k/a New Avon LLC, et al. v. Fareva Morton Grove, Inc., et al.*,
> No. 1:22-cv-04724-AKH

Dear Judge Hellerstein:

I write as counsel to Fareva Morton Grove, Inc. and Fareva S.A. (collectively, "Fareva") in the above-captioned action to respectfully request that this Court enter an order maintaining under seal the documents listed below, which Fareva is submitting as exhibits in support of its Opposition to Avon's Motion for Partial Summary Judgment on Avon's Claimed Liquidated Damages ("Opposition"), as well as portions of Fareva's Memorandum of Law in Support of the Opposition ("MOL") and Fareva's Response to Avon's Local Rule 56.1 Statement of Undisputed Material Facts ("RSOF") that describe and/or quote confidential portions of such documents. Copies of these documents, the MOL, and RSOF are being filed contemporaneously under seal pursuant to the Court's standing order, 19-mc-00583, and Your Honor's Individual Rule 4(B). In support of this request, Fareva states as follows:

On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). *See* ECF No. 65. The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorneys' Eyes Only." *See id.* ¶¶ 2, 12. In support of its Motion, Fareva is submitting as exhibits copies of the following documents, which Avon produced in this action with the designation of "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order (collectively, the "Avon Confidential Documents"):

1. A presentation bearing the bates numbers AVON0001516–AVON0001586, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. B)

2. A PDF copy of an excel file bearing the bates number AVON0094418, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. C)

February 28, 2025
Page 2

    3.    A presentation bearing the bates numbers AVON0096541–AVON0096585, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. D)

    4.    A presentation bearing the bates numbers AVON0000880–AVON0000907, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. F)

    5.    A presentation bearing the bates numbers AVON0093109–AVON0093170, which Avon produced in this action and designation "Highly Confidential" (Weeks Decl. Ex. I)

    6.    A PDF copy of an excel file bearing the bates number AVON0111787, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. J)

    7.    A PDF copy of an excel file bearing the bates number AVON0088189, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. L)

    8.    A PDF copy of an excel file bearing the bates number AVON0088098, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. M)

    9.    An email chain bearing the bates numbers AVON0087991–AVON0087994, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. N)

    10.    An email chain bearing the bates numbers AVON0087796–AVON0087799, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. O)

    11.    A presentation bearing the bates number AVON0091726, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. P)

    12.    A PDF copy of an excel file bearing the bates number AVON0094479, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. T)

    13.    A PDF copy of an excel file bearing the bates number AVON0094501, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. U)

    14.    A PDF copy of an excel file bearing the bates number AVON0094500, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. V)

    15.    A PDF copy of an excel file bearing the bates number AVON0094503, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. W)

    16.    An email chain and attachment bearing the bates numbers AVON0013010–AVON0013010, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AD)

    17.    An email chain and attachment bearing the bates numbers AVON0012133–AVON0012134, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AE)

18. An email chain and attachment bearing the bates numbers AVON0012518–AVON0012519, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AF)

19. A PDF copy of an excel file bearing the bates number AVON0079039, which Avon produced in this action and designation "Highly Confidential" (Weeks Decl. Ex. AG)

20. A PDF copy of an excel file bearing the bates number AVON0083861, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AH)

21. A PDF copy of an excel file bearing the bates number AVON0094537, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AI)

22. A PDF copy of an excel file bearing the bates number AVON0094592, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AJ)

23. An email chain bearing the bates number AVON0001729, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AK)

24. A PDF copy of an excel file bearing the bates number AVON0082695, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AM)

25. A PDF copy of an excel file bearing the bates number AVON0104563, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AN)

26. An email chain and attachment bearing the bates numbers AVON0017450-AVON0017452, AVON0017454, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AO)

27. A PDF copy of an excel file bearing the bates number AVON0013888, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AP)

28. A presentation bearing the bates numbers AVON0096802–AVON0096824, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AQ)

29. A presentation bearing the bates numbers AVON0096624–AVON0096636, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AR)

30. An email chain bearing the bates numbers AVON0001071–AVON0001072, which Avon produced in this action and designation "Confidential" (Weeks Decl. Ex. AU)

Fareva does not contend that good cause exists to designate any of the foregoing materials as Confidential within the meaning of the Protective Order, or to maintain these documents under seal on the public docket. Fareva merely seeks to comply with its obligations under the Protective Order with respect to documents Avon has designated as Confidential and to afford Avon the opportunity to seek to maintain these documents under seal, should Avon deem it necessary and appropriate to do so. Accordingly, Fareva respectfully requests that the Court initially maintain

February 28, 2025
Page 4

such documents under seal, subject to the Court's review of Avon's position on whether these documents should be maintained under seal.

In addition to submitting the Avon Confidential Documents as exhibits in support of its Opposition, Fareva also describes information derived from the Avon Confidential Documents in the MOL and RSOF. Fareva has redacted portions of its MOL and RSOF accordingly and, for the same reasons, also respectfully requests that the Court initially maintain under seal the redacted portions of Fareva's MOL and RSOF. Further, Fareva has redacted portions of its RSOF and MOL that quote redacted portions of Avon's Local Rule 56.1 Statement of Undisputed Material Facts or Avon's Motion for Partial Summary Judgment on Avon's Claimed Liquidated Damages. As needed, Fareva is prepared to re-file the Avon Confidential Documents, MOL, RSOF, or portions thereof, publicly.

As always, we thank the Court for its consideration.

Respectfully submitted,

*/s/ Randy M. Mastro*
Randy M. Mastro

cc:    All counsel of record (via ECF)