UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
THE AVON COMPANY, f/k/a NEW AVON : **DISCOVERY ORDER**
LLC, and LG H&H COMPANY, LTD., :
: 22 Civ. 4724 (AKH)
Plaintiffs, :
-against- :
:
FAREVA MORTON GROVE, INC. and :
FAREVA S.A., :
:
Defendants. :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On February 4, 2024, I issued a letter of request to the Ministry of Justice of the French Republic to provide assistance in obtaining the depositions of Jean Paul David and Olivier Allou, both of whom are French citizens. *See* ECF No. 330. On January 20, 2025, the French court emailed the parties inquiring if the depositions were still necessary. On May 9, 2025, the French court emailed Chambers inquiring whether this Court's letter of request is still necessary.

    I hold that these depositions are not needed. Fact discovery closed a long time ago. And the French court has advised this Court that Avon never responded to its email of January 20, 2025 inquiring as to the necessity of these depositions. Accordingly, the letter of request for the foreign depositions of Jean Paul David and Olivier Allou is no longer necessary.

    SO ORDERED.

Dated:    May __, 2025
           New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge