UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THE AVON COMPANY f/k/a NEW AVON LLC
and LG H&H CO., LTD f/k/a LG HOUSEHOLD &
HEALTHCARE, LTD.,

                                     Plaintiffs,

    -against-

FAREVA MORTON GROVE, INC. and FAREVA
S.A.,

                                     Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

22 Civ. 4724 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A status conference was held on October 27, 2025 in Courtroom 14D, 500 Pearl St, New York NY at 10:30 a.m. The following rulings were made.

1. Trial will begin on March 2, 2026 at 10 a.m. and continue thereafter until concluded. Trial will be by jury in an advisory capacity and in a full capacity according to the issue and as appropriate for each.

   A. The jury will be advisory on the issue of the reasonableness of the liquidated damages provisions, exclusive of evidence of damages whether liquidated or actual.

   B. If it is ruled at the trial that the liquidated damages are reasonable, proof of damages will be according to the liquidated damages provisions. If ruled not reasonable, damages will be proved as in any breach of contract case.

   C. After determination of damages, the trial will continue and conclude with the determination of Fareva's counterclaims.

2. The final pre-trial conference will be held February 25, 2026 at 2:30 p.m. in Courtroom 14D, 500 Pearl St, New York NY.

3. There are two issues of law that are to be considered prior to trial.

   A. On the papers heretofore filed, the court will issue a ruling on the question of the burden of proof regarding the liquidated damages provisions.

   B. The parties will brief the availability and admissibility of lost profits as damages and as a consideration of reasonableness for liquidated damages.

      a. Motion by Avon to be filed by November 17, 2025.

      b. Opposition to be filed by December 8, 2025.

      c. Any reply to be filed by December 16, 2025.

      d. These dates are not adjournable.

   C. Although not discussed at the conference, the following issue also shall be briefed according to the same schedule. Through what date shall actual or liquidated damages be calculated? The question requires an analysis of the termination clause of the MSA and prior court orders.

4. Any *Daubert* motions are to be briefed according to the same schedule.

SO ORDERED.

Dated: October 28, 2025
New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge