# KING & SPALDING

*Avon shall, by December 1, 2025, file a motion to seal showing good cause to seal each document.*

*[signature] Alvin K. Hellerstein*
*U.S.D.J.    11/20/2025*

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Mark A. Kirsch
Direct Dial: +1 212 790 5329
mkirsch@kslaw.com

November 17, 2025

**Via ECF**

Hon. Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *The Avon Company f/k/a New Avon LLC, et al. v. Fareva Morton Grove, Inc., et al.*,
> No. 1:22-cv-04724-AKH

Dear Judge Hellerstein:

    I write as counsel to Fareva Morton Grove, Inc. and Fareva S.A. (collectively, "Fareva") in the above-captioned action to respectfully request that this Court enter an order maintaining under seal the documents listed below, which Fareva is submitting as exhibits in support of its Motion to Exclude the Testimony of Brent K. Bersin ("Bersin Motion") and Motion to Exclude the Testimony of Anthony J. Campanelli ("Campanelli Motion"), as well as portions of Fareva's Memorandum of Law in Support of the Bersin Motion ("Bersin MOL") and Memorandum of Law in Support of the Campanelli Motion ("Campanelli MOL") that describe and/or quote confidential portions of such documents. Copies of these documents, as well as the Bersin MOL and Campanelli MOL, are being filed contemporaneously under seal pursuant to the Court's standing order, 19-mc-00583, and Your Honor's Individual Rule 4(B). In support of this request, Fareva states as follows:

    On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). *See* ECF No. 65. The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorneys' Eyes Only." *See id.* ¶¶ 2, 12.

    In support of its Bersin Motion, Fareva is submitting as exhibits copies of the following documents, which Avon and Fareva produced in this action with the designation of "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order (collectively, the "Bersin Confidential Documents"):

    1.    A report prepared by Brent Bersin, dated September 27, 2024, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. A).

November 17, 2025
Page 2

    2.    A presentation bearing Bates numbers AVON0004783–AVON0004796, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. C).

    3.    An e-mail chain bearing Bates numbers AVON0111788–AVON0111790, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. E).

    4.    A PDF copy of an Excel file bearing Bates number AVON0111787, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. F).

    5.    A PDF copy of an Excel file bearing Bates number AVON0094423, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. G).

    6.    A PDF copy of an Excel file bearing Bates number AVON0013404, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. H).

    7.    An e-mail chain bearing Bates numbers AVON0005144–AVON0005145, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. I).

    8.    A PDF copy of an Excel file bearing Bates number AVON0005146, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. J).

    9.    A PDF copy of an Excel file bearing Bates number AVON0086782, which was produced by Avon in this action and designated "Highly Confidential – Attorneys' Eyes Only" (Rosenberg Decl. Ex. K).

    10.    A presentation bearing Bates numbers AVON0096802–AVON0096824, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. L).

    11.    A presentation bearing Bates numbers AVON0096624–AVON0096636, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. M).

    12.    A report prepared by Christopher Brophy, dated November 1, 2024, which was produced by Fareva in this action and designated "Confidential" (Rosenberg Decl. Ex. N).

    13.    A PDF copy of an Excel file bearing Bates number AVON0083515, which was produced by Avon in this action and designated "Highly Confidential – Attorneys' Eyes Only" (Rosenberg Decl. Ex. O).

    14.    An e-mail chain bearing Bates numbers AVON0083512–AVON0083514, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. P).

In support of its Campanelli Motion, Fareva is submitting as exhibits copies of the following documents, which Avon produced in this action with the designation of "Confidential" pursuant to the Protective Order (collectively, the "Campanelli Confidential Documents," and together with the Bersin Confidential Documents, the "Confidential Documents"):

    15.    A second amended report prepared by Anthony Campanelli, dated October 9, 2024, which Avon produced in this action and designated "Confidential" (Weeks Decl. Ex. B).

Fareva respectfully requests that the Court maintain the report prepared by Christopher Brophy (Rosenberg Decl. Ex. N) under seal because it discloses non-public, sensitive business information, which, if publicly disclosed, could have an adverse impact on Fareva's business. Fareva does not contend that good cause exists to designate any of the remaining materials listed above, each of which was produced by Avon, as Confidential within the meaning of the Protective Order, or to maintain these documents under seal on the public docket. Fareva merely seeks to comply with its obligations under the Protective Order with respect to documents Avon has designated as Confidential and to afford Avon the opportunity to seek to maintain these documents under seal, should Avon deem it necessary and appropriate to do so. Accordingly, Fareva respectfully requests that the Court initially maintain such documents under seal, subject to the Court's review of Avon's position on whether these documents should be maintained under seal.

In addition to submitting the Confidential Documents as exhibits in support of the Bersin Motion and the Campanelli Motion, Fareva also describes information derived from the Confidential Documents in the Bersin MOL and Campanelli MOL. Fareva has redacted portions of these documents accordingly and, for the same reasons, also respectfully requests that the Court initially maintain under seal the redacted portions of the Bersin MOL and Campanelli MOL. As needed, Fareva is prepared to refile the Confidential Documents, Bersin MOL, Campanelli MOL, or portions thereof, publicly.

As always, we thank the Court for its consideration.

Respectfully submitted,

*/s/ Mark A. Kirsch*
Mark A. Kirsch

cc:    All counsel of record (via ECF)