

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

December 1, 2025

*So ordered
12-2-25
[signature]*

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.,
Case No. 22-cv-4724

Dear Judge Hellerstein:

We represent Plaintiffs The Avon Company f/k/a New Avon LLC and LG H&H Co., Ltd. f/k/a LG Household & Health Care, Ltd. (collectively, "Avon") in the above-referenced matter.  We write in accordance with the Court's November 20, 2025 instruction, ECF No. 483, to respectfully request that the Court enter an Order to maintain under seal certain documents discussed below, which Fareva filed on November 17, 2025 in support of its *Daubert* motions.  Avon has no objection to the Court unsealing the remaining documents filed by Fareva under seal and not discussed below.

The parties' Manufacturing and Supply Agreement (the "MSA") and the Protective Order entered by the Court in this action both support the filing of the below materials under seal.  On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). (ECF No. 65.)  The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorney's Eyes Only," and provides that information so designated may not be disclosed except as expressly permitted under the Protective Order.  (ECF No. 65 at ¶¶ 2, 12.)  In addition, pursuant to Section 11.1 of the MSA, the parties agreed to "keep completely confidential and not publish or otherwise disclose and not use, directly or indirectly, for any purpose, any Confidential Information furnished or otherwise made known to it, directly or indirectly, by or on behalf of the other Party[.]" (ECF No. 7-1 at § 11.1.)  The MSA defines "Confidential Information" as "any information provided by or on behalf of one Party . . . relating to the terms of this Agreement[.]"  (ECF No. 7-1 at Definitions.)

On November 17, in support of its *Daubert* motions, Fareva filed under seal 15 documents that Avon designated as "Confidential" or "Attorneys' Eyes Only." As mentioned above, Avon does not request that the Court maintain all 15 documents under seal, as many of them are dated in 2020 or earlier, and no longer reflect Avon's confidential business information.  However, Avon requests that the

NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    PARSIPPANY    STAMFORD

Hon. Alvin K. Hellerstein
December 1, 2025

following documents, which reflect Avon's more recent confidential business and financial information, be maintained under seal for the time being[1]:

- ECF No. 473-1 is the Expert Report of Brent Bersin dated September 27, 2024. This expert report contains a calculation of Avon's actual damages that relies on detailed, non-public financial information disclosed in the report.

- ECF No. 473-6 relates to Avon's itemized U.S. sales data from 2016 through 2024. Such information is non-public, sensitive financial information regarding critical segments of Avon's business operations and product planning, as well as those products' overall sales performance.

- ECF No. 473-7 relates to Avon's itemized Canadian sales data from 2016 through 2023, which is analogous to the data in ECF No. 473-6 but for the Canadian market.

- ECF No. 473-11 contains a mismatch between the native slipsheet Fareva filed and the native Microsoft Excel document (printed and filed as a PDF). The slipsheet identifies the document as AVON0086782, but that slipsheet does not match the filed Microsoft Excel. Because Avon cannot determine which document Fareva actually filed or intended to file, Avon requests the Court maintain this document under seal as the native slipsheet that was filed was designated "Highly Confidential – Attorneys' Eyes Only."

- ECF No. 473-14 is the Expert Report of Christopher Brophy, dated November 1, 2024. Mr. Brophy's report discusses Avon's confidential business, sales, and inventory data— including many of the documents discussed above—in rebuttal to the Expert Report of Brent Bersin.

- ECF No. 479-2: Expert Report of Anthony Campanelli dated October 9, 2024. This expert report refers to, cites to, and incorporates a number of documents containing Avon's non-public sensitive financial operations from 2015 through 2023. Additionally, the expert report also contains sensitive information as to Avon's business strategies, modes of operation, as well as Avon's future business planning and strategy. Public disclosure prior to trial greatly impacts Avon's future operations given the significance of this case and its potential impact.

---

[1] Avon acknowledges that many of the documents discussed below are likely to be presented in open court during the upcoming trial in this action and does not object to such disclosures. Nevertheless, trial remains nearly three months away, and maintaining the documents under seal at this juncture protects sensitive business information during an important end-of-year planning period.

KELLEY DRYE & WARREN LLP                                                                                    2

Hon. Alvin K. Hellerstein
December 1, 2025

   For the foregoing reasons, Avon respectfully requests that the Court maintain under seal only those documents detailed above (ECF Nos. 473-1, 6-7, 11, 14 and 479-2).  Avon has no objection to the remaining exhibits to Fareva's *Daubert* motions being unsealed and filed on the public docket.

          Respectfully submitted,

          */s/ Robert I. Steiner*
          Robert I. Steiner

cc:  All Counsel of Record (via ECF)

KELLEY DRYE & WARREN LLP                 3