

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

December 8, 2025

**VIA ECF**

*ECF 473-7
shall be filed under seal.
12-9-25*

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al.,
            Case No. 22-cv-4724

Dear Judge Hellerstein:

We represent Plaintiffs The Avon Company f/k/a New Avon LLC and LG H&H Co., Ltd. f/k/a LG Household & Health Care, Ltd. (collectively, "Avon") in the above-referenced matter. We write to respectfully request that the Court enter an order to maintain one document under seal.

The parties' Manufacturing and Supply Agreement (the "MSA") and the Protective Order entered by the Court in this action both support the filing of the below materials under seal. On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). (ECF No. 65.) The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorney's Eyes Only," and provides that information so designated may not be disclosed except as expressly permitted under the Protective Order. (ECF No. 65 at ¶¶ 2, 12.) In addition, pursuant to Section 11.1 of the MSA, the parties agreed to "keep completely confidential and not publish or otherwise disclose and not use, directly or indirectly, for any purpose, any Confidential Information furnished or otherwise made known to it, directly or indirectly, by or on behalf of the other Party[.]" (ECF No. 7-1 at § 11.1.) The MSA defines "Confidential Information" as "any information provided by or on behalf of one Party . . . relating to the terms of this Agreement[.]" (ECF No. 7-1, Definitions.)

On November 17, in support of its *Daubert* motions, Fareva filed documents under seal that Avon designated as "Confidential" or "Attorneys' Eyes Only." One of those documents, ECF 473-7 relates to Avon's itemized Canadian sales data from 2016 through 2023. On December 2, the court granted Avon's request to maintain such non-public, sensitive financial information regarding critical segments of Avon's business operations and product planning under seal. (ECF No. 487.)

The document attached as Exhibit 3 to the Declaration of Robert Steiner, which has been Bates stamped AVON0111791, is a revised version of the Canadian sales data that Fareva attached to its

NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    PARSIPPANY    STAMFORD

Hon. Alvin K. Hellerstein
December 8, 2025

*Daubert* motion as ECF 473-7, and should be allowed to be filed under seal for substantially the same reasons: the document contains information regarding Avon's recent sales data and product mix, which is sensitive business information of Avon—particularly as year-end business planning occurs.

Accordingly, Avon respectfully requests that the Court maintain Exhibit 3 to the Steiner Declaration under seal.

Respectfully submitted,

*/s/ Robert I. Steiner*
Robert I. Steiner

cc: All Counsel of Record (via ECF)

KELLEY DRYE & WARREN LLP

2