UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

THE AVON COMPANY, f/k/a NEW AVON
LLC, and LG H&H COMPANY, LTD.,

                                   Plaintiffs,

        -against-

FAREVA MORTON GROVE, INC. and
FAREVA S.A.,

                            Defendants.

------------------------------------------------------------- X

**ORDER REGULATING
PROCEEDINGS**

22 Civ. 4724 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

In my orders on October 28 and November 19, 2025, I scheduled a trial to begin on February 23, 2026 with a jury to be advisory to me on the reasonableness of the liquidated damages provisions in the Manufacturing and Supply Agreement ("MSA") and in an actual capacity on the amount of damages, with various sequences of the trial discussed. ECF Nos. 464 and 482. The parties' joint letter of January 12, 2026 has persuaded me that the plan is not workable, and that it may prejudice jury deliberations.

The trial beginning February 23, 2026 shall be a bench trial on the reasonableness and enforceability of the liquidated damages provisions in the MSA. A jury trial on damages, if needed, shall be scheduled at a later date.

SO ORDERED.

Dated:      January 13 2026
           New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge