# KING & SPALDING

*So ordered*
*2-11-26*
*[signature]*

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Mark A. Kirsch
Direct Dial: +1 212 790 5329
mkirsch@kslaw.com

December 16, 2025

**Via ECF**

Hon. Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *The Avon Company f/k/a New Avon LLC, et al. v. Fareva Morton Grove, Inc., et al.,*
> No. 1:22-cv-04724-AKH

Dear Judge Hellerstein:

I write as counsel to Fareva Morton Grove, Inc. and Fareva S.A. (collectively, "Fareva") in the above-captioned action to respectfully request that this Court enter an order maintaining under seal the documents listed below, which Fareva is submitting as exhibits in support of its Reply in Support of Motion to Exclude the Testimony of Brent K. Bersin ("Bersin Reply"), as well as portions of the Bersin Reply and Fareva's Reply in Support of Motion to Exclude the Testimony of Anthony J. Campanelli ("Campanelli Reply") that describe and/or quote confidential portions of such exhibits or other documents previously filed in this action and maintained under seal. Copies of these exhibits, as well as the Bersin Reply and Campanelli Reply, are being filed contemporaneously under seal pursuant to the Court's standing order, 19-mc-00583, and Your Honor's Individual Rule 4(B). In support of this request, Fareva states as follows:

On October 7, 2022, the Court entered a Stipulated Confidentiality Agreement and Protective Order (the "Protective Order"). *See* ECF No. 65. The Protective Order permits either party to designate Discovery Material as "Confidential" or "Attorneys' Eyes Only." *See id.* ¶¶ 2, 12.

In support of its Bersin Reply, Fareva is submitting as exhibits copies of the following documents, which Avon produced in this action with the designation of "Confidential" pursuant to the Protective Order (collectively, the "Confidential Documents"):

1.    A PDF copy of an Excel file bearing Bates number AVON0004781, which was produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. AE).

December 16, 2025
Page 2

    2.      An e-mail chain and attachment bearing Bates numbers AVON0087086–AVON0087087, which were produced by Avon in this action and designated "Confidential" (Rosenberg Decl. Ex. AF).

Fareva does not contend that good cause exists to designate any of the foregoing materials, each of which was produced by Avon, as Confidential within the meaning of the Protective Order, or to maintain these documents under seal on the public docket. Fareva merely seeks to comply with its obligations under the Protective Order with respect to documents Avon has designated as Confidential and to afford Avon the opportunity to seek to maintain these documents under seal, should Avon deem it necessary and appropriate to do so. Accordingly, Fareva respectfully requests that the Court initially maintain such documents under seal, subject to the Court's review of Avon's position on whether these documents should be maintained under seal.

In addition to submitting the Confidential Documents as exhibits in support of the Bersin Reply, Fareva also describes information derived from the Confidential Documents as well as from documents previously filed in this action and maintained under seal in the Bersin Reply, and describes information derived from documents previously filed in this action and maintained under seal in the Campanelli Reply. Fareva has redacted portions of the Bersin Reply and Campanelli Reply accordingly, and, for the same reasons, also respectfully requests that the Court initially maintain under seal the redacted portions of the Bersin Reply and Campanelli Reply. As needed, Fareva is prepared to refile the Confidential Documents, Bersin Reply, Campanelli Reply, or portions thereof, publicly.

As always, we thank the Court for its consideration.

Respectfully submitted,

/s/ Mark A. Kirsch
Mark A. Kirsch

cc:    All counsel of record (via ECF)