**Kelley Drye**

*So ordered.*

*Alvin K. Hellerstein*

—————————————————

*U.S.D.J.*

*2/12/26*

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7965
Fax: (212) 808-7897
rsteiner@kelleydrye.com

February 11, 2026

**VIA ECF**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    **The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove, Inc. et al., Case No. 22-cv-4724**

Dear Judge Hellerstein:

We represent Plaintiffs The Avon Company f/k/a New Avon LLC and LG H&H Co., Ltd. f/k/a LG Household & Health Care, Ltd. (collectively, "Avon") in the above-referenced matter. We write to respectfully request that the Court allow Avon to file one document under seal, at least until Fareva and/or Alvarez & Marsal have the opportunity to make submissions showing that good cause exists for its sealing.

On February 11, 2026, Avon intends to file its Opposition to Fareva's Motion in Limine ("Opposition"). Avon's Opposition contains information from and references Exhibit 1 of the Declaration of Robert I. Steiner filed therewith ("Steiner Declaration"), which is a PowerPoint presentation bearing Bates number AM_AVFA_0000293 through AM_AVFA_0000345 that third-party Alvarez & Marsal produced in this action and designated as "Confidential." Avon takes no position on whether good cause exists to designate this document "Confidential." Avon seeks only to comply with its obligations under the Court's Stipulated Confidentiality Agreement and Protective Order dated October 7, 2022 (ECF No. 65) to file such documents under seal in the first instance.

On the same grounds, Avon respectfully requests that the Court maintain under seal the portions of its Opposition that reference or quote Exhibit 1 of the Steiner Declaration.

Respectfully submitted,

/s/ Robert I. Steiner
Robert I. Steiner

cc:  All Counsel of Record (via ECF)