UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                                      :

THE AVON COMPANY, f/k/a NEW AVON     :     **ORDER DENYING FAREVA'S**
LLC, and LG H&H COMPANY, LTD.,       :     **MOTION IN LIMINE**
                                                      :

                    Plaintiffs,  :
            -against-               :     22 Civ. 4724 (AKH)
                                                        :

FAREVA MORTON GROVE, INC. and        :
FAREVA S.A.,                             :

                           :
                    Defendants.  :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Favera's motion in limine to exclude various categories of evidence relating to actual

damages is denied.  Categories of documents that are the subject of objections have been

withdrawn, and the issues presented are too diffuse to permit rulings in limine.

       The Clerk of Court shall terminate ECF No. 515.

              SO ORDERED.

Dated:       February / /2026
            New York, New York                 ALVIN K. HELLERSTEIN
                                                  United States District Judge