UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                         :

THE AVON COMPANY, f/k/a NEW AVON    :    **ORDER DENYING MOTION IN**
LLC, and LG H&H COMPANY, LTD.,        :    **LIMINE TO PRECLUDE**
                                                         :    **TESTIMONY OF COURTNEY**
                                   Plaintiffs,   :    **KELLY**
             -against-                     :

FAREVA MORTON GROVE, INC. and       :     22 Civ. 4724 (AKH)
FAREVA S.A.,                                   :
                                                         :
                                     Defendants.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Avon moves to preclude the testimony of Courtney Kelly, an employee of Fareva. Kelly

has relevant information on the question of damages, and actual damages have a relationship to

the enforceability of liquidated damages. Avon's motion to bar her testimony is denied.

      The Clerk of Court shall terminate ECF No. 512.

                         SO ORDERED.

Dated:        February 12, 2026
                 New York, New York            ALVIN K. HELLERSTEIN
                                                   United States District Judge