UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

THE AVON COMPANY f/k/a NEW AVON LLC    :
and LG H&H CO., LTD f/k/a LG HOUSEHOLD &   :    **SCHEDULING ORDER**
HEALTHCARE, LTD.,    :
                                                 :    22 Civ. 4724 (AKH)
                                   Plaintiffs,   :
                                                 :
        -against-                                :
                                                 :
                                                 :
                                                 :
FAREVA MORTON GROVE, INC. and FAREVA   :
S.A.,
                                                 
                                   Defendants.

---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    As discussed at the telephonic status conference held February 20, 2026, the trial currently

scheduled for February 23, 2026 shall instead begin on March 2, 2026 at 10 a.m. and continue

thereafter until concluded.  The final pre-trial conference will be held February 25, 2026 at

10:30 a.m. in Courtroom 14D, 500 Pearl St, New York NY.

            SO ORDERED.

Dated:      February 20, 2026                _____/s/ Alvin K. Hellerstein_____
            New York, New York                  ALVIN K. HELLERSTEIN
                                                United States District Judge