UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                               :
THE AVON COMPANY, f/k/a NEW AVON          :        **ORDER REGULATING**
LLC, and LG H&H COMPANY, LTD.,             :        **PROCEEDINGS**
                                                               :
                                        Plaintiffs,  :
            -against-                                 :        22 Civ. 4724 (AKH)
                                                               :
FAREVA MORTON GROVE, INC. and            :
FAREVA S.A.,                                            :
                                                               :
                                       Defendants.  :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The trial scheduled to begin March 2, 2026 shall begin April 21, 2026 at 10 a.m. and

continue thereafter until concluded.  The parties shall appear for a final pretrial conference on April

14, 2026 at 2:30 p.m.


            SO ORDERED.

Dated:      March 3, 2026                            /s/ Alvin K. Hellerstein
            New York, New York              ALVIN K. HELLERSTEIN
                                            United States District Judge