UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

THE AVON COMPANY, f/k/a NEW AVON LLC, and LG H&H COMPANY, LTD.,

Plaintiffs,

-against-

FAREVA MORTON GROVE, INC. and FAREVA S.A.,

Defendants.

---------------------------------------------------------- X

**ORDER DENYING CROSS MOTIONS IN LIMINE**

22 Civ. 4724 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Avon's motion in limine to exclude unproduced documents is denied. The documents Avon seeks to exclude are compilation documents summarizing data about production at the Morton Grove facility, amounts Avon paid to Fareva, and Avon's storage of items at the Morton Grove facility. Under FRE 1006, Fareva is permitted to offer compilation evidence, and Avon has now had sufficient time to review the evidence.

In a cross motion, Fareva seeks to exclude compilation evidence submitted by Avon, about which its expert Brent Bersin will testify. Fareva seeks to exclude this evidence only "[t]o the extent the Court does not deny Avon's motion." ECF No. 541 at 1. Because I am denying Avon's motion, I correspondingly deny Fareva's cross motion in limine.

The Clerk of Court shall terminate ECF No. 532.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge