UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE AVON COMPANY, f/k/a NEW AVON LLC, and LG H&H COMPANY, LTD., Plaintiffs, -against- FAREVA MORTON GROVE, INC. and FAREVA S.A., Defendants. | : | **ORDER DENYING FAREVA'S MOTION IN LIMINE** 22 Civ. 4724 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

Favera's motion in limine to exclude evidence related to the Early Termination Fee is denied. Any argument that Fareva wishes to make on the enforceability of the Early Termination Fee provision shall be made at trial, not within a motion in limine.

The Clerk of Court shall terminate ECF No. 543.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge