UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE AVON COMPANY f/k/a NEW AVON LLC and LG H&H COMPANY, LTD., Plaintiffs, -against- FAREVA MORTON GROVE, INC. and FAREVA S.A., Defendants. | **ORDER** 22 Civ. 4724 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has received Fareva's letter informing the Court of the acquisition of LG H&H's interest in Avon by Regent. Avon shall file a letter explaining what, if any, effect the acquisition will have on the settlement discussions scheduled for Tuesday, September 8, and if the settlement discussions should be postponed.

SO ORDERED.

Dated: September 4, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge